**Order entered July 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00699-CV

**BOBBY JOE EVENS, Appellant**

**V.**

**VEDA MICHELLE EVENS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-24977**

## ORDER

Before the Court is appellant's motion for leave to proceed in forma pauperis. As the clerk's record reflects appellant proceeded in the trial court as indigent, he is not required to pay costs in the appellate court. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, we **GRANT** the motion.

/s/     DAVID EVANS
            JUSTICE